# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Scott Alex Slater Jr.<br><br>_____<br>*Defendant* | ) Case: 1:24-mj-00195<br>) Assigned To : Judge Zia M. Faruqui<br>) Assign. Date : 6/4/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Scott Alex Slater Jr.                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - obstructing officers during a civil disorder;
18 U.S.C. §1752(a)(1) - entering or remaining in restricted buildings or grounds;
18 U.S.C. § 1752(a)(2) - disorderly or disruptive conduct in a restricted building or grounds;
18 U.S.C. § 1752(a)(4) - engaging in violence in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - disorderly or disruptive conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - physical violence in Capitol Building or Grounds;
18 U.S.C. § 111(a)(1) - assaulting, resisting, or impeding certain officers;
18 U.S.C. § 111(b) - assaulting, resisting, or impeding certain officers with a deadly or dangerous weapon.

Date:      06/04/2024                                        _____
                                                                      *Issuing officer's signature*

City and state:      Washington, D.C.                     Zia M. Faruqui, U.S. Magistrate Judge
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  June 5, 2024 , and the person was arrested on *(date)*  June 5, 2024<br>at *(city and state)*  Saylorsburg PA .<br><br>Date:  June 5, 2024                              _____<br>                                                         *Arresting officer's signature*<br><br>                                                         Eric Bailey, FBI Special Agent<br>                                                         *Printed name and title* |